IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-20132
Summary Calendar
_____


ALFRED L. BUSH,

                                     Plaintiff-Appellant,

     versus


RICE FOOD MARKETS, INC.,

                                     Defendant-Appellee.



_____

Appeal from the United States District Court for the
Southern District of Texas
(CA H 94 3729)
_____

September 18, 1996

Before GARWOOD, JOLLY and DENNIS, Circuit Judges.[*]

PER CURIAM:

     Plaintiff-appellant Alfred L. Bush (Bush) appeals the district

court's grant of summary judgment in favor of his former employer,

defendant-appellee Rice Food Markets, Inc. (Rice), dismissing

Bush's Title VII claim of racially motivated discharge.  Bush does

not complain of the dismissal of his claim of intentional

_____

[*]Pursuant to Local Rule 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

infliction of emotional distress.  After review of the briefs and record, we conclude that the district court correctly granted summary judgment for Rice.  All of Bush's contentions on appeal are adequately analyzed and refuted in the district court's well-considered and thorough opinion.[1]  Accordingly, the judgment of the district court is

AFFIRMED.

---

[1]There is no record evidence to support Bush's assertion on appeal that Rice ever terminated Bush's fellow employee Greer, also black.